TODD KIM
Assistant Attorney General
SCOTT W. STEMETZKI
JOSEPH A. FIGUEROA
Trial Attorneys
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7415
Tel: (202) 305-0298
Fax: (202) 353-7763
Scott.Stemetzki@usdoj.gov
Joseph.Figueroa@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**Fresno Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>331.46 ACRES OF LAND, MORE OR LESS, SITUATED IN MADERA COUNTY, STATE OF CALIFORNIA; AND JOSEPH DEPAOLI, SUCCESSOR TRUSTEE OF THE JAMES W. LOPES LIVING TRUST DATED APRIL 24, 2019, ET AL.,<br><br>Defendants. | Case No.  1:23-cv-00735-ADA-BAM<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO DEPOSIT FUNDS**<br><br>(Doc. 4) |

Upon the Motion of Plaintiff United States of America for an Order to Permit Deposit of Estimate of Just Compensation into the Court's Registry ("Motion"), and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk of the Court shall accept the deposit of Five Million Five Hundred Ten Thousand Dollars and 0/100 Cents ($5,510,000.00) tendered by the United States, including by check or intra-governmental payment and collection, and shall deposit these funds into an interest-bearing account under the terms and conditions of Federal Rule of Civil Procedure 67, Local Civil Rule 150, and General Order No. 573.

IT IS SO ORDERED.

Dated: **May 20, 2023**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE