ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
SCOTT W. STEMETZKI (DC Bar 1030512)
JOSEPH A. FIGUEROA (DC Bar 1500237)
SETH A. MOHNEY (DC Bar 1031492)
Trial Attorneys
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7415
Tel: (202) 305-0298
Fax: (202) 353-7763
Scott.Stemetzki@usdoj.gov
Joseph.Figueroa@usdoj.gov
Seth.Mohney@usdoj.gov

MICHELE BECKWITH
Acting United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900
Brendon.Hansen@usdoj.gov

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**Fresno Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cv-735-KES-BAM |
| Plaintiff, | **[PROPOSED]** Order on United States' Substitution of Attorneys |
| v. | |
| 331.46 ACRES OF LAND, MORE OR LESS, SITUATED IN MADERA COUNTY, STATE OF CALIFORNIA; AND JOSEPH DEPAOLI, SUCCESSOR TRUSTEE OF THE JAMES W. LOPES LIVING TRUST DATED APRIL 24, 2019, ET AL., | |
| Defendants. | |

1

Upon consideration of the United States' Substitution of Attorneys (ECF No. 83), and pursuant to Local Rule 182(g) of this Court, the Court hereby **ORDERS** that Counsel of Record Joseph A. Figueroa is withdrawn as Counsel for the United States in this case. In his place, Seth A. Mohney is substituted as Counsel of Record for the United States along with current Counsel of Record Scott W. Stemetzki and Brendon L.S. Hansen.

IT IS SO ORDERED.

Dated: **May 26, 2025**           /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE