1

ADAM GUSTAFSON
Acting Assistant Attorney General
SCOTT W. STEMETZKI (DC Bar 1030512)
Trial Attorney
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7415
Tel: (202) 598-9735
Fax: (202) 353-7763
Scott.Stemetzki@usdoj.gov
Joseph.Figueroa@usdoj.gov

MICHELE BECKWITH
Acting United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

2

3

4

5

6

7

8

9

10

11

12

13

*Attorneys for Plaintiff United States of America*

14

15

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**Fresno Division**

16

17

18

| UNITED STATES OF AMERICA, | **Case No. 1:23-cv-00735-KES-BAM** |
|---|---|

19
Plaintiff,

20
v.
**ORDER APPROVING STIPULATION OF DISMISSAL OF DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY**

21
331.46 ACRES OF LAND, MORE OR LESS, SITUATED IN MADERA

22
COUNTY, STATE OF CALIFORNIA; AND JOSEPH DEPAOLI, SUCCESSOR

23
TRUSTEE OF THE JAMES W. LOPES LIVING TRUST DATED APRIL 24,

24
2019, ET AL.,

25
Defendants.

26

27

28

1

The matter before the Court is the Stipulation of Dismissal submitted by Plaintiff United States of America and Defendant Pacific Gas and Electric Company ("PG&E"). That Stipulation requested the Court enter an order ratifying and approving the Stipulation and dismissing PG&E as a defendant. Upon consideration of the Stipulation, Federal Rule of Civil Procedure 71.1(i)(2), and for good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is ratified and **APPROVED**.

**IT IS FURTHER ORDERED** that PG&E is hereby **DISMISSED** as a defendant in this matter with prejudice. This dismissal does not affect any other defendant in this case, and the case remains open as to the remaining defendants.

**IT IS FURTHER ORDERED** that the United States and PG&E shall be responsible for their own legal fees, costs, and expenses (including attorneys' fees, consultants' fees, experts' fees, transcript costs, and any other expenses relating to this litigation).

IT IS SO ORDERED.

Dated:    July 30, 2025

UNITED STATES DISTRICT JUDGE

2