ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
SCOTT W. STEMETZKI (DC Bar 1030512)
SETH A. MOHNEY (DC Bar 1031492)
Trial Attorneys
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7415
Tel: (202) 598-9735
Fax: (202) 353-7763
Scott.Stemetzki@usdoj.gov
Seth.Mohney@usdoj.gov

ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900
Brendon.Hansen@usdoj.gov

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**Fresno Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>331.46 ACRES OF LAND, MORE OR LESS, SITUATED IN MADERA COUNTY, STATE OF CALIFORNIA; AND JOSEPH DEPAOLI, SUCCESSOR TRUSTEE OF THE JAMES W. LOPES LIVING TRUST DATED APRIL 24, 2019, ET AL.,<br><br>Defendants. | **Case No. 1:23-cv-735-KES-BAM**<br><br>**Order re United States' Unopposed Motion for a Stay in Light of Lapse of Appropriations** |

1    Upon consideration of the United States' Unopposed Motion for a Stay in Light of Lapse
2 of Appropriations, and good cause being established, the Motion is GRANTED. This case is
3 hereby stayed until a date to be determined after Congress has appropriated funds for the
4 Department of Justice. Defendant Joseph Depaoli, successor trustee of the James W. Lopes 2019
5 Living Trust Dated April 24, 2019, and defendants Christopher Cardella, Michelle Cardella, and
6 Steven Cardella may file a stipulation for the withdrawal of the deposit of the United States' good
7 faith estimate of just compensation during this stay.

8    Counsel for the United States is hereby ORDERED to promptly notify the Court after
9 Congress has appropriated funds for the Department of Justice.

11 IT IS SO ORDERED.

12    Dated:   October 21, 2025

UNITED STATES DISTRICT JUDGE

2