ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
SCOTT W. STEMETZKI (DC Bar 1030512)
SETH A. MOHNEY (DC Bar 1031492)
EMMA HOLLOWELL (DC Bar 1047448; Florida Bar 1010244)
Trial Attorneys
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7415
Tel: (202) 353-5371
Fax: (202) 353-7763
Scott.Stemetzki@usdoj.gov
Seth.Mohney@usdoj.gov
Emma.Hollowell@usdoj.gov

ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900
Brendon.Hansen@usdoj.gov

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**Fresno Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>331.46 ACRES OF LAND, MORE OR LESS, SITUATED IN MADERA COUNTY, STATE OF CALIFORNIA; AND JOSEPH DEPAOLI, SUCCESSOR TRUSTEE OF THE JAMES W. LOPES LIVING TRUST DATED APRIL 24, 2019, ET AL.,<br><br>Defendants. | Case No. 1:23-cv-735-KES-FRS (SKO)<br><br>**Order on United States' Substitution of Attorneys**<br><br>**(Doc. 98)** |

1

1      Upon consideration of the United States' Substitution of Attorneys (Doc. 98), and pursuant
2  to Local Rule 182(g) of this Court, the Court hereby **ORDERS** that Counsel of Record Scott W.
3  Stemetzki is withdrawn as Counsel for the United States in this case.  In his place, Emma Hollowell
4  is substituted as Counsel of Record for the United States along with current Counsel of Record Seth
5  A. Mohney and Brendon L.S. Hansen.

6
7  IT IS SO ORDERED.

8  Dated:  **January 9, 2026**                                    /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE