ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
SETH A. MOHNEY (DC Bar 1031492)
EMMA HOLLOWELL (DC Bar 1047448)
Trial Attorneys
Environment and Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7415
Tel: (202) 353-5371
Fax: (202) 353-7763
Seth.Mohney@usdoj.gov
Emma.Hollowell@usdoj.gov

ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900
Brendon.Hansen@usdoj.gov

*Attorneys for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### Fresno Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 1:23-cv-00735-KES-FRS (SKO)** |
| Plaintiff, | |
| v. | |
| 331.46 ACRES OF LAND, MORE OR LESS, SITUATED IN MADERA COUNTY, STATE OF CALIFORNIA; AND JOSEPH DEPAOLI, SUCCESSOR TRUSTEE OF THE JAMES W. LOPES LIVING TRUST DATED APRIL 24, 2019, ET AL., | **Order Dismissing Defendant Bownick Partnership** |
| Defendants. | |

Upon review of the Notice of Disclaimer of Interest submitted by Plaintiff United States of America and the signed Disclaimer from Defendant Bownick Partnership (ECF No. 103), and for good cause appearing:

**IT IS HEREBY ORDERED** that Defendant Bownick Partnership is **DISMISSED** as a defendant in this matter.

IT IS SO ORDERED.

Dated:    February 10, 2026

_____
UNITED STATES DISTRICT JUDGE