UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-CV-00735-KES-FJS |
| Plaintiff, | |
| v. | ORDER DENYING STIPULATION FOR THE WITHDRAWAL AND DISTRIBUTION OF THE DEPOSIT OF JUST COMPENSATION AND DIRECTING THE CLERK OF THE COURT TO DISBURSE FUNDS HELD IN REGISTRY, WITHOUT PREJUDICE |
| 331.46 ACRES OF LAND, MORE OR LESS, SITUATED IN MADERA COUNTY, STATE OF CALIFORNIA; AND JOSEPH DEPAOLI, SUCCESSOR TRUSTEE OF THE JAMES W. LOPES LIVING TRUST, DATED APRIL 24, 2019, ET AL., | |
| | (ECF No. 107) |
| Defendants. | |

On May 14, 2026, Defendants Joseph Depaoli, as successor trustee of the James W. Lopes Living Trust, dated April 24, 2019, Defendants Christopher, Michelle, and Steven Cardella, and Defendants Sacramento and San Joaquin Drainage District stipulated (ECF No. 107) for an order directing the clerk of the district court to disburse the balance of approximately $5,510,000.00 held in the registry pursuant to 28 U.S.C. § 2042, Fed. R. Civ. P. 67 and 71.1 (j)(2), and Local Rule 150 (e). Plaintiff United States of America and Defendant Columbia Canal Company did not sign the stipulation, although the stipulation stated that "the United States does not oppose the entry of an order distributing the Deposit" (ECF No. 107 ¶ 7)

1

and Columbia Canal Company "has stated it has no opposition to this Stipulation and the proposed distribution of the Deposit" (ECF No. 107 ¶ 6).

Local Rule 150(e) allows for an order disbursing registry funds. Local Rule 150(e) states that "[f]unds will only be disbursed after the time for appeal has expired, or upon written stipulation by all parties approved by the court." (Citation modified.) Accordingly, the court HEREBY DENIES without prejudice the stipulation to disburse registry funds because it was not stipulated to by all parties (ECF No. 107) and instructs the parties to file a stipulation that is compliant with Local Rule 150(e).

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2